# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Avetis Archanian,

        Petitioner,

v.

William Gittere, et al.,

        Respondents.

Case No. 3:19-cv-177-APG-CBC
(Death Penalty Case)

**ORDER**

(ECF No. 22)

I hereby grant the pending motion for withdrawal of counsel (**ECF No. 22**). The Clerk of Court is directed to make the appropriate changes to the docket.

Dated: February 10, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE