AARON D. FORD
   Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
   Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorney for Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AVETIS ARCHNIAN,<br><br>   Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.*,<br><br>   Respondent. | Case No. 3:19-cv-00177-ART-CBC<br><br>**SUGGESTION OF DEATH**<br><br>**(DEATH PENALTY CASE)** |

    Respondents, by this pleading suggest pursuant to Fed. R. Civ. P. 25(a)(1), the death of the petitioner, Avetis Archnian. This suggestion is made and based upon the email from the Nevada Department of Corrections confirming his death. Exhibit A.

    This Court may entertain a state prisoner's petition for writ of habeas corpus only on the ground that he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A petitioner's death renders the habeas petition moot. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005) ("Because petitioner's death renders this case moot, the petition for a writ of habeas corpus should be dismissed as moot."); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (same).

/ / /

/ / /

/ / /

/ / /

/ / /

Based upon the death of the petitioner, Respondents submit that this Court should dismiss this action.

RESPECTFULLY SUBMITTED this 28th day of September, 2022.

>          AARON D. FORD
>          Attorney General
>
> By:      /s/ Charles L. Finlayson
>          CHARLES L. FINLAYSON (Bar No. 13685)
>          Senior Deputy Attorney General

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 28th day of September, 2022, I served a copy of the foregoing **SUGGESTION OF DEATH**, by U.S. District Court CM/ECF electronic filing to:

Kelly L. Culshaw
David H. Harshaw III
Alyssa Mack
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 85814

/s/ Amanda White