# EXHIBIT A

EXHIBIT A

# Heather D. Procter

| | |
|---|---|
| **From:** | Christopher Dack |
| **Sent:** | Monday, September 26, 2022 8:36 AM |
| **To:** | Heather D. Procter; Randall Gilmer |
| **Subject:** | 2 Offender Deaths |

NNCC Offender Brimage, Daniel #12192 died on 9/24/22

ESP Offender Archanian, Avetis #85018 died on 9/25/22

Thanks you,

Chris

Christopher Dack, RN, PNIII
Medical Division Utilization Review
Nevada Dept. of Corrections
5500 Snyder Ave. Bldg 17
Carson City, NV 89701
(775) 977-5633